## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shane M. Platteborze

                                                      CHAPTER 7

                                                      BKY. NO. 19-11011 TPA

                    Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PNC BANK NATIONAL  ASSOCIATION
and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/James C. Warmbrodt, Esquire**
                                    James C. Warmbrodt, Esquire
                                    Attorney I.D. No. 42524
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    412-430-3594
                                    jwarmbrodt@kmllawgroup.com