**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Shane M. Platteborze,<br>        Debtor. | : | Case No.: 19-11011-TPA |
| | : | |
| | : | Chapter 7 |
| | : | |
| | : | Related to Doc. No. 15 |
| | : | |
| | : | Hearing: January 16, 2020 @ 10:30 A.M. |

**NARRATIVE STATEMENT**

      **AND NOW**, comes the Debtor, Shane M. Platteborze, by counsel, Fruit, Dill, Goodwin & Scholl, and wishes to inform the Court of the following:

1. In November, the Debtor made the final car payment on his vehicle, which adds an additional $156.14 to his monthly income.

2. The Debtor is planning on dropping his home telephone service, which will decrease his monthly expenses by an additional $20.00.

3. The Debtor will begin receiving a $1.00 an hour raise at his employment in early 2020 and for two successive years.

4. The Debtor's household member is now able to contribute to the monthly income of the home due to added income.

5. The Debtor believes he will be able to continue making payments on the residence and stay in the home.

      WHEREFORE, Debtor respectfully prays that this Court grant the Reaffirmation Agreement.

Dated: December 19, 2019           Respectfully submitted:

                                              /s/ Chester B. Scholl, Jr.
                                              CHESTER B. SCHOLL, JR., ESQUIRE
                                              32 Shenango Avenue
                                              P.O. Box 673
                                              Sharon, PA 16146
                                              724-981-4800
                                              Fax: 724-981-5376
                                              scholl@scholl.org
                                              PA I.D. 19948