FILED
1/16/20 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-11011-TPA |
| Shane M. Platteborze | : | Chapter: 7 |
| *Debtor(s).* | : | Date: 1/16/2020 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #14 Reaffirmation Agreement Between Debtor and PNC BANK, Natl. Assoc.

**APPEARANCES:**

Debtor: Chester B. Scholl
Trustee: Tamera Ochs Rothschild (no appearance)
PNC Bank: James Warmbrodt (video)

**NOTES:**

Scholl: The car is paid off so it freed up a significant portion of funds. The Debtor just started a new job and did not want to miss work.

**OUTCOME:** DENIED/ Chambers to enter order.

ljm