FILED
1/16/20 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHANE M. PLATTEBORZE,      :      Case No. 19-11011-TPA
    *Debtor*.      :      Chapter 7
                            :      Related to Doc. No. 14

### ORDER

*AND NOW,* this *16th* day of *January 2020*, after a hearing held this date on the *Narrative Statement* (Doc. 17) in support of the ***Reaffirmation Agrement*** (Doc. 14), which was previously denied by the Court by ***Order*** issued December 12, 2019 (Doc. 15) and for the reasons stated at both the hearing and in the Court's prior *Order,* it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the *Reaffirmation Agreement* (Doc. 14) is **DENIED.**

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    Chester B. Scholl, Jr.
    James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 19-11011-TPA
Shane M. Platteborze                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1           Date Rcvd: Jan 17, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db             +Shane M. Platteborze,    59 S. Myers Avenue,    Sharon, PA 16146-2946

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Chester B. Scholl, Jr.    on behalf of Debtor Shane M. Platteborze scholl@scholl.org,
               wendy@fdgs-law.com
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 4